UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RENA COHEN

                    Plaintiff,                    **ORDER**

       -against-                    22-cv-4329 (AEK)

INSERRA SUPERMARKETS, INC. and
SHOPRITE OF TALLMAN,

                    Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court has been informed that the parties have reached a settlement in this matter. ECF No. 18. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar, provided the application is made within thirty (30) days of this Order. Any application to reopen that is filed after thirty (30) days from the date of this Order may be denied solely on that basis.

Dated:  May 18, 2023
          White Plains, New York

                                                    **SO ORDERED.**

                                                   _____
                                                  ANDREW E. KRAUSE
                                                  United States Magistrate Judge